# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2785

_____

Joyce R. Jordan,                                          *
                                                         *
            Appellant,                                   *
                                                         *   Appeal from the United States
      v.                                                 *   District Court for the
                                                         *   Western District of Missouri.
Kenneth S. Apfel, Commissioner of                        *
Social Security,                                         *   [UNPUBLISHED]
                                                         *
            Appellee.                                    *

_____

Submitted:  March 4, 1999
Filed: April 5, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Joyce R. Jordan appeals the district court's[1] grant of summary judgment affirming the Social Security Commissioner's decision to deny her application for supplemental security income.  Having reviewed the record and the parties' briefs, we conclude that no error of law or fact appears and that an opinion would lack precedential value.  We affirm the district court's judgment.  See 8th Cir. R. 47B.

_____

[1]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.